CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER BOWMAN,<br>Plaintiff, | )<br>)    Civil Action No. 7:07-cv-00091<br>) |
| v. | )    **FINAL ORDER**<br>) |
| LT. JONES,<br>Defendant. | )    By: Hon. James C. Turk<br>)    Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend is hereby **GRANTED** and his complaint is hereby supplemented as stated in the motion, but the complaint as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, and the case is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to the defendant.

ENTER: This 20th day of March, 2007.

/s/ James C. Turk
Senior United States District Judge